# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**WILLIAM SOUNDARA**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number:  **1:07CR00145-001 LJO**

Peggy Sasso
_____
Defendant's Attorney

## THE DEFENDANT:

[✔]    admitted guilt to violation of charges _1,2,3,4,5_ as alleged in the violation petition filed on _02/20/2015_ .

[ ]    was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on _09/15/2014_ .

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]    Charge 6 of the Superseding Petition filed 03/20/2015 is dismissed.

[✔]    Appeal Rights GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 20, 2015
_____
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
_____
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
_____
Name & Title of Judicial Officer

April 22, 2015
_____
Date

AO 245D-CAED (Rev. 09/2011) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER:        1:07CR00145-001 LJO                                    Judgment - Page 2 of 3
DEFENDANT:          WILLIAM SOUNDARA

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | NEW LAW VIOLATION | 02/16/2015 |
| Charge 2 | NEW LAW VIOLATION | 02/18/2015 |
| Charge 3 | NEW LAW VIOLATION | 02/18/2015 |
| Charge 4 | FAILURE TO REPORT | |
| Charge 5 | FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER | 02/18/2015 |

| CASE NUMBER: | 1:07CR00145-001 LJO | Judgment - Page 3  of  3 |
|---|---|---|
| DEFENDANT: | WILLIAM SOUNDARA | |

# IMPRISONMENT

        The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  24 Months .

[✔]        No TSR: Defendant shall cooperate in the collection of DNA.

[ ]        The court makes the following recommendations to the Bureau of Prisons:

[✔]        The defendant is remanded to the custody of the United States Marshal.

[ ]        The defendant shall surrender to the United States Marshal for this district.
            [ ] at ___ on ___.
            [ ] as notified by the United States Marshal.

[ ]        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
            [ ] before _ on ___.
            [ ] as notified by the United States Marshal.
            [ ] as notified by the Probation or Pretrial Services Officer.
            If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.

                                                 _____
                                                  UNITED STATES MARSHAL

                                              By  _____
                                                  Deputy U.S.  Marshal